UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DARRYL CARTER,

    Plaintiff,

    v.                                        CA No. 25-cv-00066-MRD

CITIZENS FINANCIAL GROUP, INC, et al.,

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Text Order entered on April 23, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing this civil action.

It is so ordered.

April 23, 2025                                  By the Court:

                                                      /s/ Melissa R. DuBose
                                                      U.S. District Judge